IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CASSANDRA NEUBAUER, individually and on behalf of all other similarly situated current citizens of Illinois and the United States,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL MILLS, INC.,<br><br>    Defendant. | No. 3:24-cv-1160-RJD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties, through their respective undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all of the claims asserted by Plaintiff in the above-captioned action, with each party to bear its own costs and legal fees in connection with the lawsuit.

SO STIPULATED.

Dated: October 20, 2025             Respectfully submitted,

By:  /s/ David C. Nelson
David C. Nelson (ARDC 6225722)
Nelson & Nelson, Attorneys at Law, P.C.
420 North High Street, P.O. Box Y
Belleville, IL 62222
Tel:    618-277-4000
Email: dnelson@nelsonlawpc.com

Matthew H. Armstrong (ARDC 6226591)
ARMSTRONG LAW FIRM LLC
2890 W. Broward Blvd. Unit B, #305
Ft. Lauderdale, FL 33312
Tel:  314-258-0212
Email:  matt@mattarmstronglaw.com

Robert L. King (ARDC 6209033)
THE LAW OFFICE OF ROBERT L. KING
9506 Olive Blvd., Suite 224
St. Louis, MO 63132
Tel:   314-246-0702
Email: king@kinglaw.com

Stuart L. Cochran (*pro hac vice application forthcoming*)
Texas State Bar No. 24027936
CONDON TOBIN SLADEK THORNTON NERENBERG PLLC
8080 Park Ln., Ste 700
Dallas, TX 75231
Tel:   214-865-3804
Email: scochran@condontobin.com

*Attorneys for Plaintiff and the Putative Class*

By:   /s/ *Jasmine W. Wetherell*
Jasmine W. Wetherell (pro hac vice)
JWetherell@perkinscoie.com
Natalie K. Sanders (pro hac vice)
nsanders@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Marisa Ball
MBall@perkinscoie.com
PERKINS COIE LLP
110 N. Wacker Drive, Suite 3400
Chicago, IL 60606
Telephone: +1.312.673.6495

*Attorneys for Defendant Continental Mills, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

/s/ David C. Nelson
David C. Nelson