IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CASSANDRA NEUBAUER, individually and on behalf of all other similarly situated current citizens of Illinois and the United States,<br><br>Plaintiff,<br><br>v.<br><br>RED LOBSTER HOSPITALITY, LLC and CONTINENTAL MILLS, INC.,<br><br>Defendants. | Case No. 24-1160-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Amended Complaint filed on May 29, 2024 (Doc. 21), Defendant Red Lobster Hospitality, LLC was **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal with Prejudice filed on October 20, 2025 (Doc. 47), this entire action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

DATED: November 5, 2025

MONICA A. STUMP,
Clerk of Court

By: s/ *Deana Brinkley*
      Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge